# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135648 & (25)(26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 135648
                                      COA: 278435
                                      Wayne CC: 03-013080-01

ASKIA HILL,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the December 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of appellate counsel and the motion to remand for an evidentiary hearing are DENIED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

p0616

_____
Clerk